IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| Ayaha S. Frysinger | ) | CV 22-00049-RT-NONE |
| Kazuko A. Frysinger, | ) | |
| | ) | |
| Plaintiff(s), | ) | Deficiency Order |
| | ) | |
| vs. | ) | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| | ) | |
| Leslie Mitchell (Merrill), | ) | January 31, 2022 |
| | ) | |
| Defendant(s). | ) | At 12 o'clock and 34 min p.m. MICHELLE RYNNE, CLERK |

**DEFICIENCY ORDER**

Plaintiff, proceeding pro se, has filed a Complaint in this court that was not accompanied by either a filing fee or an application to proceed *in forma pauperis*. Parties instituting a civil action, suit or proceeding in a United States District Court, other than a writ of habeas corpus, must pay a filing fee of $350.00 and an administrative fee of $52.00. *See* 28 U.S.C. § 1914(a) and District Court Miscellaneous Fee Schedule, ¶ 14 (effective December 1, 2020). This administrative fee does not apply to applications for writ of habeas corpus or to persons who are granted *in forma pauperis* status under 28 U.S.C. § 1915. An action may only proceed without concurrent payment of the filing fee if the party is granted leave to proceed *in forma pauperis* ("IFP"). 28 U.S.C. § 1915(a); *Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).

Plaintiff is advised that he or she must either pay the statutory filing fee of $350.00 and the administrative fee of

$52.00, or submit a fully-completed *in forma pauperis* application within twenty eight days (including weekends and holidays) of this Order.  Failure to do so will result in **AUTOMATIC DISMISSAL**, of this action for failure to prosecute or otherwise follow a court order.  *See* Fed. R. Civ. P. 41(b); *Olivares v. Marshall*, 59 F.3d 109, 112 (9th Cir. 1995)(stating that the district court may dismiss a complaint for failure to pay partial filing fee); *In re Perroton*, 958 F.2d 889, 890 (9th Cir. 1992) (affirming dismissal of appeal of pro se litigant for failure to pay required filing fees).

　　　IT IS HEREBY ORDERED that:

1. The Clerk of Court is **DIRECTED** to send Plaintiff an appropriate copy of the Court's Application to Proceed *in forma pauperis* with the accompanying information sheet.

2. Plaintiff is GRANTED twenty eight days to either pay the $402.00 filing fee or submit a completed and executed application to proceed *in forma pauperis* on the forms provided by the court with this Order.  The application must bear the docket number assigned to this case.  Failure to timely file an *in forma pauperis*

//

//

application or the statutory filing fee within twenty eight days of the date of this Order will result in **AUTOMATIC DISMISSAL** of this action.

    IT IS SO ORDERED.

    DATED: January 31, 2022 at Honolulu, Hawaii,



    /s/ J. Michael Seabright
    J. MICHAEL SEABRIGHT
    CHIEF UNITED STATES DISTRICT JUDGE